



**Government Exhibit 3**

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 11-07-2016 |
| Response Date: | 11-07-2016 |
| Tracking Number: | 100304614842 |

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER: ███-██-6513
SPOUSE TAXPAYER IDENTIFICATION NUMBER: ███-██-████

PERRY J DIPIAZZA

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 80,882.01 | |
| ACCRUED INTEREST: | 8,671.95 | AS OF: Nov. 21, 2016 |
| ACCRUED PENALTY: | 17,064.73 | AS OF: Nov. 21, 2016 |
| ACCOUNT BALANCE PLUS ACCRUALS (this is not a payoff amount): | 106,618.69 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 04 |
| FILING STATUS: | Married Filing Separate |
| ADJUSTED GROSS INCOME: | 274,533.00 |
| TAXABLE INCOME: | 256,039.00 |
| TAX PER RETURN: | 77,567.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Aug. 13, 2013 |
| PROCESSING DATE | Sep. 16, 2013 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|

NOV-07-2016 09:48 OFFICE OF CHIEF COUNSEL 9736916690 P.009
Case 3:16-cv-00518-MAS-LHG Document 65-3 Filed 11/09/16 Page 2 of 5 PageID: 61

Account Transcript 6513 1040 Dec. 31, 2012 DP1

| Code | Description | Cycle | Date | Amount |
|---|---|---|---|---|
| 150 | Tax return filed | 20133505 | 09-16-2013 | $77,567.00 |
| n/a | 16221-625-09664-3 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2013 | | 04-15-2013 | $0.00 |
| 960 | Appointed representative | | 07-25-2013 | $0.00 |
| 276 | Penalty for late payment of tax | 20133505 | 09-16-2013 | $2,327.01 |
| 196 | Interest charged for late payment | 20133505 | 09-16-2013 | $988.00 |
| 971 | Notice issued CP 0014 | | 09-16-2013 | $0.00 |
| 960 | Appointed representative | | 01-20-2014 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 01-17-2014 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 01-31-2014 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 01-29-2014 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 02-04-2014 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-28-2014 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 04-01-2014 | $0.00 |
| 922 | Review of unreported income | | 02-23-2015 | $0.00 |
| 971 | Pending installment agreement | | 07-08-2014 | $0.00 |
| 971 | Installment agreement established | | 08-05-2014 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 02-24-2015 | $0.00 |
| 420 | Examination of tax return | | 02-27-2015 | $0.00 |
| 300 | Additional tax assessed by examination | 20152905 | 08-10-2015 | $0.00 |
| n/a | 19247-602-79009-5 | | | |
| 421 | Closed examination of tax return | | 08-10-2015 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 07-17-2015 | $0.00 |
| 971 | Notice issued CP 0055 | | 08-10-2015 | $0.00 |
| 971 | No longer in installment agreement status | | 10-21-2015 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 12-07-2015 | $0.00 |
| 550 | IRS can collect until 01-29-2036 | | 01-29-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-20-2016 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 05-23-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 07-01-2016 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 11-07-2016
Response Date: 11-08-2016
Tracking Number: 100304614842

FORM NUMBER: 1040
TAX PERIOD: Dec. 31, 2013

TAXPAYER IDENTIFICATION NUMBER: 6513
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

PERRY J DIPIAZZA
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                146,347.69
ACCRUED INTEREST:                11,826.64    AS OF: Nov. 21, 2016
ACCRUED PENALTY:                 24,221.26    AS OF: Nov. 21, 2016

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):  182,395.59

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                           04
FILING STATUS:               Married Filing Separate
ADJUSTED GROSS INCOME:          380,687.00
TAXABLE INCOME:                 374,587.00
TAX PER RETURN:                 139,954.00
SE TAXABLE INCOME TAXPAYER:     113,700.00
SE TAXABLE INCOME SPOUSE:             0.00
TOTAL SELF EMPLOYMENT TAX:       18,987.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    May 20, 2014
PROCESSING DATE                                                  Jul. 07, 2014

TRANSACTIONS

CODE   EXPLANATION OF TRANSACTION           CYCLE   DATE           AMOUNT

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails          11/7/2016

| Code | Description | Cycle/Date | Date | Amount |
|---|---|---|---|---|
| 150 | Tax return filed | 20142505 | 07-07-2014 | $139,954.00 |
| n/a | 09221-159-13623-4 | | | |
| 960 | Appointed representative | | 07-25-2013 | $0.00 |
| 960 | Appointed representative | | 01-20-2014 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2014 | | 04-15-2014 | $0.00 |
| 176 | Penalty for not pre-paying tax | 20142505 | 07-07-2014 | $1,702.40 |
| 276 | Penalty for late payment of tax | 20142505 | 07-07-2014 | $2,099.31 |
| 196 | Interest charged for late payment | 20142505 | 07-07-2014 | $957.98 |
| 971 | Notice issued CP 0014 | | 07-07-2014 | $0.00 |
| 971 | Pending installment agreement | | 07-08-2014 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 08-08-2014 | $0.00 |
| 360 | Fees and other expenses for collection | | 09-01-2014 | $50.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 08-12-2014 | $0.00 |
| 971 | Installment agreement established | | 08-05-2014 | $0.00 |
| 922 | Review of unreported income | | 08-24-2015 | $0.00 |
| 420 | Examination of tax return | | 08-21-2015 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 08-20-2015 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 10-21-2015 | $0.00 |
| 971 | No longer in installment agreement status | | 10-21-2015 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 11-19-2015 | $0.00 |
| 550 | IRS can collect until 01-29-2036 | | 01-29-2016 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 05-17-2016 | $0.00 |
| 300 | Additional tax assessed by examination | 20162105 | 06-13-2016 | $1,584.00 |
| n/a | 19247-540-70017-6 | | | |
| 421 | Closed examination of tax return | | 06-13-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-20-2016 | $0.00 |
| 971 | Notice issued CP 0021 | | 06-13-2016 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-24-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 07-01-2016 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 07-05-2016 | $0.00 |
| 971 | Collection due process request received timely | | 07-07-2016 | $0.00 |
| 971 | Collection due process levy (hearing) request or levy and lien (hearing) request received | | 07-07-2016 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 07-08-2016 | $0.00 |

This Product Contains Sensitive Taxpayer Data